1

2

3

4

5

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 10 | **HERMINA CORNEJO, LEONEL** ) | **NO. 1:09-CV-00259-AWI-SMS** |
| | **CORNEJO, and NOE CORNEJO,** ) | |
| 11 | ) | **ORDER VACATING** |
| | **Plaintiffs**, ) | **HEARING DATE OF** |
| 12 | ) | **MARCH 30, 2009, AND** |
| | **v.** ) | **TAKING MATTER UNDER** |
| 13 | ) | **SUBMISSION** |
| | **FCI LENDER SERVICES, INC.,** ) | |
| 14 | **DOWNEY SAVINGS AND LOANS** ) | |
| | **ASSOCIATION, F.A.;** ) | |
| 15 | ) | |
| | **Defendants**. ) | |
| 16 | _____ ) | |

17

18        Defendants have noticed for hearing and decision a motion to dismiss.  The matter was

19  scheduled for hearing to be held on March 30, 2009.  Pursuant to Local Rule 78-230(c), Plaintiffs

20  were required to file either an opposition or a notice of non-opposition no later than March 16,

21  2009.  Plaintiffs failed to do so.

22        Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are

23  in violation of the Local Rules.  See 78-230(c).  Plaintiffs are further not entitled to be heard at

24  oral argument in opposition to the motion.  See 78-230(c). The court has reviewed Defendants'

25  motion and the applicable law, and has determined that the motion is suitable for decision

26  without oral argument.  See  Local Rule 78-230(h).

27  ///

28  ///

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 30, 2009, is VACATED, and no party shall appear at that time. As of March 30, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   March 25, 2009**                        **/s/ Anthony W. Ishii**
                                                   CHIEF UNITED STATES DISTRICT JUDGE