UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMINA CORNEJO, LEONEL CORNEJO AND NOE CORNEJO, <br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FCI LENDER SERVICES, INC.; DOWNEY SAVINGS AND LOANS ASSOCIATION, F.A.; and DOES 1-50 inclusive,<br><br>　　　　Defendants. | CIV-F-09-0259 AWI SMS<br><br>ORDER ADDING TO SERVICE LIST |

　　Plaintiffs were originally represented in this matter by the law firm of M.W. Roth. On February 11, 2009, the Superior Court of California, County of Los Angeles issued an interim order assuming jurisdiction over the Roth law firm due to the incapacity of Mr. Roth. It appears that the California State Bar made an application to the Superior Court to assume jurisdiction pursuant to Cal. Bus. & Prof. Code §6190.1. The State Bar took physical possession of all client case files February 11-19, 2009. After inventorying the records, the State Bar mailed notice to all clients that they needed to find new counsel. On March 27, 2009, the Superior Court formally assumed jurisdiction over the Roth law firm under Cal. Bus. & Prof. Code §6180.5, which states "the court shall appoint one or more active members of the State Bar to act under its direction to mail a notice of cessation of law practice pursuant to Section 6180.1." Cal. Bus. & Prof. Code

§6181.34 similarly requires the "applicant to mail a notice of cessation of law practice pursuant to Section 6180.1" "The notice shall contain any information that may be required by any order of disbarment, suspension, or of acceptance of the attorneys' resignation, by any rule of the Supreme Court, Judicial Council, or the State Bar, and by any order of a court of the state having jurisdiction pursuant to this article or Article 12 (commencing with Section 6190) of this chapter. It shall be mailed to all persons who are then clients, to opposing counsel, to courts and agencies in which the attorney then had pending matters with an identification of the matter, to any errors and omissions insurer, to the Office of the Chief Trial Counsel of the State Bar and to any other person or entity having reason to be informed of the death, change of status or discontinuance or interruption of law practice." Cal Bus. & Prof. Code §6180.1.

The court has received the Notice of Cessation of Law Practice from Rizamari Sitton of the Office of the Chief Trial Counsel for the State Bar of California. The court understands that Ms. Sitton and the State Bar of California do not represent Plaintiffs in the case, but are managing the records of all former Roth law firm cases in which plaintiffs have not yet obtained alternate counsel. Thus, the clerk's office is ordered to add

Rizamari Sitton
Office of the Chief Trial Counsel
State Bar of California
1149 South Hill Street,
Los Angeles, California 90015-2299

to the service list in order for her to receive copies of this order and all future filings in this case for record keeping purposes.

IT IS SO ORDERED.

**Dated:    August 18, 2009**                        **/s/ Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE